NUMBER 13-04-129-CV

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI - EDINBURG
___________________________________________________________________

JOSE J. TREVINO,                                                            Appellant,

v.

BANK OF AMERICA, N.A.,                                                  Appellee.
___________________________________________________________________

On appeal from the County Court at Law No. 3
of Cameron County, Texas
___________________________________________________________________

MEMORANDUM OPINION

Before Justices Hinojosa, Rodriguez, and Castillo
Memorandum Opinion Per Curiam

         Appellant, JOSE J. TREVINO, attempted to perfect an appeal from an order of
dismissal entered by County Court at Law No. 3 of Cameron County, Texas, in cause
number 2000-CCL-900-C. The order of dismissal in this cause was signed on August
30, 2002. A timely motion to set aside dismissal and to reinstate was filed on
September 23, 2002. The order setting aside dismissal and reinstating was not signed
until January 6, 2003. The Court’s plenary power in this matter expired on December
13, 2002. Accordingly, any orders or judgments entered afer December 13, 2002,
are void. Pursuant to Tex. R. App. P. 26.1, appellant’s notice of appeal was due on
September 30, 2002, but was not filed until February 26, 2004. 
         Notice of this defect was given so that steps could be taken to correct the
defect, if it could be done. Appellant was advised that, if the defect was not corrected
within ten days from the date of receipt of this Court’s letter, the appeal would be
dismissed. To date, no response has been received from appellant.
         The Court, having examined and fully considered the documents on file,
appellant’s failure to timely perfect his appeal, and appellant’s failure to respond to this
Court’s notice, is of the opinion that the appeal should be dismissed for want of
jurisdiction. The appeal is hereby DISMISSED FOR WANT OF JURISDICTION.
                                                                                 PER CURIAM
Memorandum Opinion delivered and filed this
the 19th day of August, 2004.